# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ORDUNO,<br><br>    Petitioner,<br><br>    v.<br><br>M.E. SPEARMAN,<br><br>    Respondent. | Case No. 1:16-cv-01180-EPG-HC<br><br>ORDER GRANTING MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT<br><br>(ECF No. 6) |

Petitioner a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 7, 2016, Petitioner filed a motion to amend the petition to name the warden of his facility as Respondent. (ECF No. 6). As the proper respondent to a § 2254 habeas petition is the state officer having custody of the petitioner, the Court GRANTS the motion to amend and DIRECTS the Clerk of Court to substitute M.E. Spearman as Respondent in this matter.

IT IS SO ORDERED.

Dated: **November 9, 2016**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1